**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO.: 1:10-CR-94-TLS |
| | ) | |
| MIGUEL HERNANDEZ-RIVERA | ) | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION**
**AND SENTENCING NOTICE**

This matter is before the Court on the Findings and Recommendation of the United States

Magistrate Judge [ECF No. 20] filed on March 10, 2011. The Defendant has waived objection to

the Findings and Recommendation, and the Court, being duly advised, adopts the Findings and

Recommendation [ECF No. 20] in its entirety and accepts the recommended disposition. Subject

to this Court's consideration of the Plea Agreement pursuant to Fed. R. Crim. P. 11(c)(3), the

plea of guilty to the offense charged in Count 1 of the Indictment is hereby accepted, and the

Defendant is adjudged guilty of such offense.

The Defendant shall appear for sentencing on **Monday, June 27, 2011,** at **10:00 AM**

before Judge Theresa L. Springmann. A telephone status conference to address any potential

sentencing issues is set for **Monday, June 20, 2011, at 11:00 AM** before Judge Theresa L.

Springmann. The Court will initiate the call. Any request for a sentence involving a departure

under the United States Sentencing Guidelines, or for a variance above or below a Guidelines

sentence pursuant to 18 U.S.C. § 3553(a), with the exception of matters raised pursuant to

§5K1.1 of the Guidelines, shall be communicated to the probation officer and opposing counsel,

in writing, within fourteen (14) days following initial disclosure of the presentence report. Any

sentencing memorandum addressing these or any other issues, including requests for a departure

based on § 5K1.1, shall be filed with the Court no later than seven (7) days prior to the

sentencing hearing.

SO ORDERED on March 29, 2011.

 s/ Theresa L. Springmann
THERESA L. SPRINGMANN
UNITED STATES DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

UNITED STATES OF AMERICA,    )
                             )
        v.                   )        CAUSE:  1:10-CR-94-TLS
                             )
MIGUEL HERNANDEZ-RIVERA      )

**NOTICE OF SENTENCING**
**PRESENTENCE SCHEDULING NOTICE**

The Defendant named above in this matter is hereby scheduled for sentencing on

June 27, 2011, at 10:00 AM Fort Wayne time before Judge Theresa L. Springmann. The

attention of the parties is directed to the Presentence Scheduling Notice below.

This case is further set for a Telephone Status Conference regarding sentencing issues set

for June 20, 2011, at 11:00 AM Fort Wayne time before Judge Theresa L. Springmann. The

Court will initiate the call.

| | |
|---|---|
| Date of Referral to Probation Officer: | March 28, 2011 |
| | (Date of Plea or Verdict) |
| The Proposed Presentence Report Shall be Disclosed to Counsel no Later Than: | May 23, 2011 |
| | (35 Days Before Sentencing) |
| Counsel's Written Objections or Acknowledgment of No Objections to the Pre-Sentence Report Shall be Delivered to the Probation Officer and Opposing Counsel no Later Than **14 Days After Disclosure**. | |
| The Presentence Report Shall be Submitted to the Court and Disclosed to Counsel no Later Than: | June 17, 2011 |
| | (10 Days Before Sentencing) |
| Judgment and Sentencing Date: | June 27, 2011 |
| | (At Least 70 Days After Plea or Verdict) |